IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OHIO CASUALTY INS CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:03 cv 818 WDS |
| | ) | |
| MICK KEANE'S EXPRESS DELIVERY SERVICE, INC. and FREDDIE WASHINGTON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Motion for Extension of Time filed by the defendant, Mick Keane's Express Delivery Service, Inc., on May 2, 2005 (Doc. 105). The motion is **GRANTED IN PART**.

The defendant states that it needs additional time to "file any necessary responsive pleadings or any applicable discovery disclosures." However, the motion does not specifically indicate what responsive pleading it needs to file nor what responses to discovery are due. Currently pending are three motions, Doc. 74, 90, and 101, which require responses by Mick Keanes. The Court assumes that the defendant is referring to these motions. Therefore, Mick Keanes is GRANTED until June 13, 2005 to respond to these pending motions.

**DATED: May 6, 2005.**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
