IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OHIO CASUALTY INS. CO., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3: 03 cv 818 WDS |
| | ) | |
| MICK KEANE'S EXPRESS DELIVERY SERVICE, INC. and FREDDIE WASHINGTON, | ) ) ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

On June 7, 2005, a conference on a discovery dispute was held concerning various documents sought by the defendant, Freddie Washington, and held by the plaintiff, Ohio Casualty Insurance Company. Freddie Washington was represented at this conference by Attorney Ronald J. Foster and Ohio Casualty was represented by Attorney Robert M. Chemers.

Washington indicated that she seeks four sets of documents: a Commercial General Liability Policy, a Claims Guideline from 1994 that was in effect until 1999, an Employee Guideline, and a Defense Counsel Guideline. Ohio Casualty has represented to the Court that the 1994 Claims Guideline no longer exists and that only the current version of this guideline can be produced. The parties agreed that Ohio Casualty would produce the Commercial General Liability Policy, the current version of the Claims Guideline, and an Employee Guideline for the relevant employees (including claims analysts) with compensation information redacted. **Ohio Casualty shall produce these documents by June 21, 2005.**

With respect to the Defense Counsel Guidelines, Ohio Casualty argued that the information contained therein is proprietary information, is covered by attorney-client privilege,

1

and is otherwise irrelevant to this lawsuit.  Washington, however, argued, among other things, that the material is relevant to show what procedures an attorney must follow in handling claims made by third-parties.  In order to resolve this dispute, the Court will inspect the document *in camera*.  Ohio Casualty shall submit the document to the Court **as soon as is practicable** and no later than June 21, 2005.

**DATED: June 8, 2005**

<u>s/ Donald G. Wilkerson</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**
