IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OHIO CASUALTY INS. CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:03 cv 818 WDS |
| ) | |
| MICK KEANE'S EXPRESS DELIVERY ) | |
| SERVICE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 8, 2005, the plaintiff, Ohio Casualty Insurance Company, was ordered to produce, for an *in camera* inspection, "defense counsel guidelines" that the defendant, Mick Keanes, had sought through discovery. On June 17, 2005, these chambers received a document which Ohio Casualty's attorney, Robert Marc Chemers, indicated was a 2004 version of the guidelines. Attorney Chemers also indicated that there are no guidelines dating to 1999, the relevant time period of this lawsuit.

After a review of the documents, *in camera*, the Court finds that the documents are wholly irrelevant to any claim or defense that Mick Keane's may have. Not only are they not from the relevant time period, but the substance of the guidelines also have no relevance to this lawsuit. As such, Ohio Casualty is not required to produce the document.

**DATED: June 21, 2005**

                                                    **s/ Donald G. Wilkerson**
                                                    **DONALD G. WILKERSON**
                                                    **United States Magistrate Judge**